UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KIM E HUNT, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-11-261 |
| | § | |
| BAC HOME LOANS SERVICING, LP, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING SUMMARY JUDGMENTS

Before the Court are two motions: "Bank of America, N.A. and Federal Home Loan Mortgage Corporation's Motion for Summary Judgment" (D.E. 36) and "Defendant Barrett Daffin Frappier Turner & Engel, L.L.P.'s Motion for Summary Judgment" (D.E. 37). Pursuant to Local Rule 7.3, opposed motions will be submitted to the judge 21 days from filing. The Motions were filed on May 31, 2012 and their submission dates were both June 21, 2012. Plaintiff has not filed a response to either Motion. Pursuant to Local Rule 7.4, failure to respond is taken as a representation of no opposition to the relief sought. For these reasons, the Motions for Summary Judgment (D.E. 36 and 37) are GRANTED and Defendants are entitled to judgment that Plaintiff take nothing on her claims in this action. This action is thus DISMISSED WITH PREJUDICE.

ORDERED this 25th day of June, 2012.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE